**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ **4th** Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Esperanza Rodriguez**     JOINT DEBTOR: _____     CASE NO.: **12-24854**
Last Four Digits of SS# **xxx-xx-2365**     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

  A.  $ **3,081.12**  for months **1** to **60**;
  B.  $ _____  for months ____ to ____;
  C.  $ _____  for months ____ to ____; in order to pay the following creditors:

Administrative:  Attorney's Fee -  $ **4,686.00**   TOTAL PAID $ **4,686.00**
Inclusive of following: Base Fee $3,500.00; Filing Fee: $281.00; Costs: $130.00 (courses, etc); Motion to Value to determine secured status of 2nd Mortgage on homestead property $750.00; and Costs for MTV$25.00

  Balance Due  $ **-NONE-**  payable $ _____ /month  (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

Wells Fargo Home Mortgage     Arrearage on Petition Date  $ **67,175.18**
Address: P.O. Box 659558, San Antonio, TX 78265
  Arrears Payment  $ **1,119.59** /month  (Months **1** to **60**)
Account No: xxx-xxx-4685     Regular Payment  $ **1,653.81** /month  (Months **1** to **60**)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Nana Investments Corp. 11440 S.W. 41St St. Terrace Miami, Fl 33165** | Homestead property located at 1740 N.W. 88th Terr. Pembroke Pines, FL 33024 Value: $188,400.00 amount owed on first mortgage on property per schedule D $ **279,770.05** $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]
  **-NONE-**     Total Due  $ _____
            Payable  $ _____ /month  (Months __ to __)   Regular Payment $ _____

Unsecured Creditors: Pay $ **27.62** /month (Months **1** to **60**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy

Other Provisions Not Included Above:

**Special Intentions:**

**Wachovia Mortgage/World Savings and Loan: Debtor will be paid under the plan together with arrears.**

**Debtor (cosigner) will retain the Ford Pick up Truck and will continue paying Ford Motor Credit outside the plan.**

The Debtor will provide copies of his her income tax returns to the Chapter 13 Trustee on or before May 15 during the pendency of the plan. The debtor will amend schedule I and J and modify the plan if necessary.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.


/s/ Esperanza Rodriguez
**Esperanza Rodriguez**
Debtor

Date:   August 31, 2012